SCWC-20-0000050

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

FRANCIS A. GRANDINETTI,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000050; CASE NO. 3PC930000141)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the document filed on June 3, 2020 by petitioner/defendant-appellant Francis A. Grandinetti entitled "Ten-Day Reconsideration and Certiorari:", and the record,

IT IS HEREBY ORDERED that, as to petitioner's request for certiorari review, the application for writ of certiorari is rejected.

DATED: Honolulu, Hawai'i, June 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

